JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 388 -- IN RE DEERING MILLIKEN PATENT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 4/23/79 | 1 | MOTION, SCHEDULE OF CASES, EXHIBITS & CERT. OF SVC. -- Defendant J.P. Stevens & Co., Inc.<br>SUGGESTED TRANSFEREE DISTRICT: District of South Carolina<br>SUGGESTED TRANSFEREE JUDGE: (emh) |
| 5/3/79 | | APPEARANCES -- David L. Foster, Esq. for The Duplan Corp., et al.; A.L. Meyland, Esq. for Deering Milliken Research Corp., et al.; Robert D. Fier, Esq. for J.P. Stevens & Co., Inc.; Granville M. Brumbaugh, Esq. for Ateliers Roannais de Constructions Textiles (ARCT-France); Michael R. Abel, Esq. for Texfi Industries, Inc., Dixie Yarns, Inc., Spring-Tex, Inc., and Reliable Silk Dyeing Co.; Charles B. Park, III, Esq. for Jonathan Logan, Inc., Frank Ix & Sons Virginia Corp., The Schwarzenbach Huber Co., and United Merchants and Manufacturers; David Rabin, Esq. for Hemmerich Industries, Inc., and Texelastic Corp. (ea) |
| 5/8/79 | 2 | RESPONSE -- Ateliers Roannais de Constructions Textiles (ARCT-France), et al. w/cert. of svc. (ea) |
| 5/8/79 | 3 | RESPONSE, MEMORANDUM IN SUPPORT OF, CERT. OF SVC.--Deering Milliken Research Corp., et al. (ea) |
| 5/9/79 | 4 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Duplan Corp. (ea) |
| 5/9/79 | | APPEARANCE -- William K. West, Jr., Esq. for Burlington Industries, Inc., Leon Ferenbach, Inc., and National Spinning Co. (ea) |
| 5/10/79 | | SUPPLEMENTAL CERT. OF SVC. for Pleading No. 2 --ARCT. (ea) |
| 5/14/79 | 5 | REQUEST FOR EXTENSION OF TIME -- J.P. Stevens & Co., Inc.-- GRANTED to and including May 30, 1979. (ea) |
| 5/17/79 | | APPEARANCE -- Arthur O. Cooke, Esq. for ARCT, Inc. (ea) |
| 5/24/79 | | HEARING ORDER--setting (A-1 and A-2) for hearing to be held in Boston, Mass. on 6/22/79. (ea) |
| 5/30/79 | 6 | REPLY MEMORANDUM W/CERT. OF SVC. -- J.P. Stevens. (ea) |
| 6/8/79 | | ~~APPEARANCE~~ |
| 6/18/79 | | WAIVER OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- Ateliers Roannais De Constructions. (ea) |
| 6/18/79 | | HEARING APPEARANCES for hearing held 6/22/79 in Boston, Mass. -- Robert D. Fier, Esq. for J. P. Stevens & Co., Inc.; A. L. Meyland, Esq. for Deering Milliken Research Corp. and Chavanoz, S.A.; David L. Foster, Esq. for The Duplan Corp. and Lawrence Texturing Corp.; John J. Barnhardt, III, Esq. for Jonathan Logan, Inc., Frank Ix & Sons Virginia Corp., The Schwarzenbach Huber Co., and United Merchants and Manufacturers, Inc. (ea) |

JPML FORM 1A - Continuation                                   DOCKET ENTRIES -- p._____

DOCKET NO. 388 -- In re Deering Milliken Patent Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 6/18/79 | cont. | McNeill Smith, Esq. for Texfi Industries, Inc., Dixie Yarns, Inc., Reliable Silk Dyeing Co., Inc., Spring-Tex, Inc., Hemmerich Industries, Inc, TexElastric Corp.; William K. West, Jr., Esq. for Burlington Industries, Inc., National Spinning Co. and Leon-Ferenbach, Inc. (ea) |
| 9/12/79 | | OPINION AND ORDER -- DENYING TRANSFER UNDER 28 U.S.C. §1407 Notified counsel, clerks, involved judges, publishers, misc. mailing list and Panel judges         (rew) |

DENIED TRANSFER 9/12/79 _476_ F.Supp. _461_ (PC)

JPML Form 1

Revised: 8/78

DOCKET NO. _388_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DEERING MILLIKEN PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/22/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 9/12/79 | O&O | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 388 -- IN RE DEERING MILLIKEN PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Duplin Corp. v. Deering Milliken, Inc., et al. | D.S.C. Dupree | 71-306 | | | | |
| A-2 | Deering Milliken Research Corp., et al. v. J.P. Stevens & Co., Inc., et al. | M.D.N.C. Gordon | C-76-492-G | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 388 -- IN RE DEERING MILLIKEN PATENT LITIGATION

| | |
|---|---|
| THE DUPLAN CORP. ET AL. (A-1)<br>David L. Foster, Esq.<br>Willkie, Farr & Gallagher<br>One Citicorp Center<br>153 East 53rd Street<br>New York, New York  10022<br><br>DEERING MILLIKEN RESEARCH CORP.,<br>  ET AL. (A-2)<br>A. L. Meyland, Esq.<br>Block, Meyland & Lloyd<br>500 W. Friendly Ave.<br>Post Office Box 3365<br>Greensboro, North Carolina  27402<br><br>J. P. STEVENS & CO., INC.<br>Robert D. Fier, Esq.<br>Kenyon & Kenyon<br>59 Maiden Lane<br>New York, New York  10038<br>(212) 425-7200<br><br>ATELIERS ROANNAIS de CONSTRUCTIONS<br>  TEXTILES (ARCT-France)<br>Granville M. Brumbaugh, Esq.<br>Brumbaugh, Graves, Donohue &<br>  Raymond<br>30 Rockefeller Plaza<br>New York, New York  10020<br><br>TEXFI INDUSTRIES, INC.<br>DIXIE YARNS, INC.<br>SPRING-TEX, INC.<br>RELIABLE SILK DYEING CO.<br>Michael R. Abel, Esq.<br>Smith, Moore, Smith, Schell & Hunter<br>Post Office Box 21927<br>Greensboro, North Carolina  27420 | JONATHAN LOGAN, INC.<br>FRANK Ix & SONS VIRGINIA CORP.<br>THE SCHWARZENBACH HUBER CO.<br>UNITED MERCHANTS AND MANUFACTURERS, INC.<br>John J. Barnhardt, III, Esq.<br>Bell, Seltzer, Park & Gibson<br>P. O. Drawer 34009<br>Charlotte, NC  28234<br><br>HEMMERICH INDUSTRIES, INC.<br>TEXELASTIC CORP.<br>David Rabin, Esq.<br>305 North Edgeworth Street<br>Greensboro, N. Carolina  27401<br><br><br>BURLINGTON INDUSTRIES, INC.<br>LEON FERENBACH, INC.<br>NATIONAL SPINNING CO.<br>William K. West, Jr., Esq.<br>Cushman, Darby & Cushman<br>1801 K Street, N.W.<br>Washington, D.C.  20006<br><br>ARCT, INCORPORATED<br>Arthur O. Cooke, Esq.<br>Post Office Box 187<br>628 Jefferson Bldg.<br>Greensboro, N. Car.  27402 |